IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY GILLESPIE, | ) | |
| | ) | Case No. 2024 CV 8019 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Judge Edmond D. Chang |
| | ) | |
| KENNETH BOUDREAU, et al., | ) | Magistrate Jeannice W. Appenteng |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO DEPOSE AN INCARCERATED PERSON**

Plaintiff seeks leave to depose incarcerated person Willie Wilson pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), and states as follows:

Willie Wilson, IDOC # M41950, was a suspect in the homicide for which Plaintiff asserts, in this litigation, he was wrongfully convicted. Mr. Wilson subsequently revealed that he was, in fact, one of the men who killed Jeffrey Rodgers. His testimony is material to relevant issues in this case, including Plaintiff's innocence and the conduct of the police investigation.

Mr. Wilson is currently incarcerated in the Illinois Department of Corrections at Western Illinois Correctional Center, 2500 IL-99, Mt Sterling, IL 62353. Plaintiff seeks leave to depose Mr. Wilson. Defendants do not oppose this request.

WHEREFORE, Plaintiff, Jerry Gillespie, respectfully requests that this Court enter an order granting him leave to depose incarcerated witness Willie Wilson.

Respectfully submitted,

**JERRY GILLESPIE**

BY: /s/ Wallace Hilke
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Wallace Hilke
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

Andrea D. Lyon
Lyon Law
53 W. Jackson Blvd.
Suite 1650
Chicago, IL 60604
(312) 877-5543

## **CERTIFICATE OF SERVICE**

I, Wallace Hilke, an attorney, certify that on January 28, 2025, I served a copy of this document on all counsel of record by filing it on CM/ECF.

/s/ Wallace Hilke
*One of Plaintiff's Attorneys*