# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JERRY GILLESPIE, | ) |
| | ) Case No. 24 CV 8019 |
| Plaintiff | ) |
| | ) |
| vs. | ) Judge Edmond D. Chang |
| | ) |
| KENNETH BOUDREAU, et al., | ) Magistrate Jeannice W. Appenteng |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |
| | ) |

## ORDER FOR DEPOSITION OF INCARCERATED WITNESS

**PLEASE TAKE NOTICE** that the Court having considered Plaintiff's **UNOPPOSED MOTION TO DEPOSE INCARCERATED PERSONS** and finding good cause, **IT IS HEREBY ORDERED** as follows:

Plaintiff's motion is GRANTED as requested;

Plaintiff may depose Willie Wilson, IDOC # M41950, at Illinois Department of Corrections at Western Illinois Correctional Center, 2500 IL-99, Mt Sterling, IL 62353, or any institution where he is subsequently incarcerated.

Date: 1/31/2025

_____
Honorable Jeannice W. Appenteng
United States Magistrate Judge