UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jerry Gillespie
                    Plaintiff,

v.                                        Case No.: 1:24–cv–08019
                                                   Honorable Edmond E. Chang

Kenneth Boudreau, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant Nelson's partial motion [69] to dismiss the claims for failure to intervene and conspiracy; and Defendant Burns' motion [53] to dismiss both remain under advisement. The tracking status hearing for Judge Chang of 08/22/2025 is reset to 10/10/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.