**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jerry Gillespie | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  1:24-cv-08019 |
| | ) | |
| Kenneth Boudreau, et al., | ) | Magistrate Judge Jeannice W. Appenteng |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**ORDER**

Plaintiff's agreed motion to recruit counsel for incarcerated witness Willie Wilson [195] is granted for the reasons therein. The Court recruits attorney Matthew David Rose, Donahue & Rose, PC, 9501 Technology Blvd. Suite 4400 Rosemont, IL 60018, (312) 541-1078, mrose@drlawpc.com, to represent deponent Willie Wilson, for his deposition only, in accordance with counsel's trial bar obligations under N.D. Ill. Local Rules 83.11(h) and 83.37. Recruited counsel should review Local Rule 54.1 for the rules addressing the taxation of costs and the limits established by the Judicial Conference of the United States and/or published rates on the Court's website. The Clerk of the Court is instructed to add Willie Wilson as "Deponent" to the docket. Counsel for plaintiff shall provide deponent Willie Wilson's contact information to the Court (by email to Kym_Lozano@ilnd.uscourts.gov). The Clerk is directed to send a copy of this order to deponent Willie Wilson, recruited counsel, and to the PACER Service Center and Systems Department for no-charge use of PACER for this case. What follows is simply a warning that the Court issues in every attorney-recruitment case; it is not personal to deponent Willie Wilson. Deponent Willie Wilson is alerted that, like any other client who has retained an attorney, he must respect the time and effort of his counsel, and must carefully consider all of the advice provided by counsel. If a recruited attorney withdraws due to the unreasonable conduct or positions of a client, then it is very unlikely that another lawyer will be recruited. Hopefully this will not come to pass, and instead the attorney-client relationship will be a productive one. Recruited counsel should contact Magistrate Judge Appenteng's chambers (by email to Kym_Lozano@ilnd.uscourts.gov) to obtain deponent Willie Wilson's contact information. By 5/8/2026, counsel for plaintiff shall provide Mr. Wilson's prior witness statements as well as any additional information that recruited counsel feels he needs to properly prepare his client for the deposition. The next joint status report shall provide an update on efforts to schedule Mr. Wilson's deposition.

_____
JEANNICE W. APPENTENG
United States Magistrate Judge

Date: 4/27/2026