## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Jerry Gillespie v. Kenneth Boudreau, et al.

Case Number: 24-CV-8019

An appearance is hereby filed by the undersigned as attorney for:
Defendant City of Chicago

Attorney name (type or print): Kyle T. Christie

Firm: The Sotos Law Firm, P.C.

Street address: 141 W. Jackson Blvd., #1240A

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6335693
(See item 3 in instructions)

Telephone Number: (630) 735-3300

Email Address: kchristie@jsotoslaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 17, 2026

Attorney signature: S/ Kyle T. Christie
(Use electronic signature if the appearance form is filed electronically.)